IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
DEVIN BRANDIS PUGH,        )
                           )
    Plaintiff,             )
                           )      CIVIL ACTION NO.
    v.                     )        1:25cv585-MHT
                           )            (WO)
COFFEE COUNTY JAIL,        )
                           )
    Defendant.             )
```

OPINION

Plaintiff, a frequent pro se litigant incarcerated in a county jail, filed this lawsuit asserting that the jail violated his Eighth Amendment rights by forcing him to sleep on the jail's floor, where roaches and bugs crawl, and by denying him a food tray due to his oversleeping or medication. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to comply with a court order to either pay the filing fee or file an application to proceed in forma pauperis. There are no objections to the recommendation. After an independent

and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate order and judgment will be entered.

DONE, this the 12th day of January, 2026.

                                      /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**